**Robert EVANS; Betsey Hedden, Plaintiffs—Appellants,**

v.

**Pamela CERCEK; Foley; L. Marsh; T. Mueller; City of Reno; Clinton Swaim; Clyde Terrell; County of Washoe, Defendants—Appellees.**

No. 01–15635.

D.C. No. CV–99–00480–DWH.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 14, 2002.

Decided April 2, 2002.

Before SNEED, BRUNETTI, and NELSON, Circuit Judges.

### ORDER *

The judgement of the district court is affirmed for the reasons set forth in the order of the district court filed on March 6, 2001 and entered on March 7, 2001.

IT IS SO ORDERED.

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.